UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO TERRONES RONDONA :
:
:
Petitioner, : Civil Action: 7:21-cv-04533
:
vs. :
:
CINTHIA MILAGROS TANAKA SANCHEZ :
:
Respondent. :
_____ :

### SCHEDULING ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. § 9001 *et seq.***

This Court having had a Case Management Conference on May 25, 2021, and having *not yet* scheduled an evidentiary hearing ~~for~~ _____, ~~2021 at~~ _____ ~~a.m./p.m.~~, and further having ordered that Counsel submit a proposed Scheduling Order *to which* ~~that~~ Respondent consented ~~to~~, on the record, and pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), the International Child Abduction Remedies Act ("ICARA"), the Federal Rules of Civil Procedure, and this Court's Local Rules, IT IS HEREBY:

1. **ORDERED**, that Respondent shall provide an Answer to the Verified Petition no later than June 2, 2021 and Petitioner may reply by June 8, 2021;

2. **ORDERED**, that the deadline for both parties' disclosures of any declarations of foreign law in accordance with Article 14 of the Hague Convention shall be the 7th day of June, 2021; and it is further

3.   **ORDERED**, that the deadline for both parties' disclosures of any rebuttal declarations of foreign law in accordance with Article 14 of the Hague Convention shall be the 14th day of June, 2021; and it is further

4.   **ORDERED,** that any proposed expert shall be disclosed to the other party by June 8, 2021;

5.   **ORDERED**, that if either party intends to designate any expert, they shall do so on or before the 15th day of June, 2021, in accordance with Federal Rule of Civil Procedure 26, and answer any discovery requests propounded with respect to experts; and it is further

6.   **ORDERED,** that if either party intends to serve interrogatories or a request for document each shall do so by June 1, 2021; and it is further

7.   **ORDERED,** that each party shall answer any discovery requests including production of documents by June 11, 2021; and it is further

8.   **ORDERED**, that any rebuttal experts shall be designated on or before the 22nd day of June, 2021, in accordance with Federal Rule of Civil Procedure 26; and it is further

9.   **ORDERED**, that if either party intends to note a deposition of either party, they shall do so on or before the 8th day of June, 2021, and that any such deposition shall occur before the 15th day of June, 2021 and can be by way of telephone or video conference; and it is further

10.   **ORDERED,** that if either party intends to note a deposition of any expert, they shall do so on or before the 18th day of June, 2021, and that any such deposition shall occur before the 25th day of June, 2021, and can be by way of telephone or video; and it is further

11.   **ORDERED,** that if either party intends to note a deposition of any rebuttal expert, they shall do so on or before the 25th day of June, 2021, and that any such deposition shall occur on or before the 2nd day of July, 2021; and it is further

12. **ORDERED,** that both parties' proposed Witness Lists and proposed Exhibit Lists shall be electronically exchanged (but not file) on or before the 25th day of June, 2021, including any Declarations by any Witness (including experts); and it is further

13. **ORDERED,** that any rebuttal and/or supplemental declarations by any witnesses shall be submitted to the either party by the 29th day of June, 2021; and it is further

14. **ORDERED,** that the parties shall confer no later than June 29, 2021 as to any stipulations of law and fact; and it is further

15. **ORDERED,** that the parties shall indicate to the other party whether there is agreement as to admissibility for all proposed exhibits identified on their respective proposed Exhibits Lists on or before the 29th day of June, 2021; and it is further

16. **ORDERED,** that any stipulations of fact or law that have been agreed upon by the parties, a statement by each party as to the witnesses whose testimony is offered in the party's case-in-chief, and a list by each party of exhibits to be offered in the party's case-in-chief, with an indication as to whether any party objects to any such exhibits and a brief statement of the nature of such objection shall be filed by June 30, 2021 by way of a joint letter; and it further

17. **ORDERED,** that each party shall serve (but not file) copies of all documentary evidence or other exhibits, which shall be compiled in tabbed binders and organized by exhibit number, and shall submit two courtesy copies of these submissions as well as digital copies on CD or DVD discs to chambers by June 30, 2021;

18. **ORDERED,** that this Order makes no determination as to the merits of the Petition for Return, and shall continue in force and effect until modified or cancelled by this Court; and it is further Ordered that Counsel for Petitioner shall serve a copy of this Order by email on Respondent, who shall promptly advise of her address, phone number and email address, as she is currently representing herself.

3

SO ORDERED.

Dated: May 26, 2021
       New York, New York

_____
CATHY SEIBEL
UNITED STATES DISTRICT JUDGE