UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In the matter of an infant
Under the age of 16
PABLO TERRONES RONDONA,

                                  Petitioner,                **ORDER**

                                                                        No. 21-CV-4533 (CS)
   - against -

CINTHIA MILAGROS TANAKA SANCHEZ,

                                  Respondent.
-------------------------------------------------------------x

Seibel, J.

       On May 20, 2021, Petitioner filed this suit under the Hague Convention on the Civil Aspects of International Child Abduction, Oct. 25, 1980, and the International Child Abduction Remedies Act, 22 U.S.C. § 9001, *et seq.*, seeking an order requiring the immediate return of his child to Peru. (Doc. 1.) On June 8, 2021, a hearing was set for July 1, 2021. On June 25, 2021 Respondent filed a motion requesting that the matter be transferred to the District of Connecticut. (Doc. 65.) The Court held a Conference on June 29, 2021, at which Petitioner's counsel conceded, based on documents produced by Respondent the day before, that the case should have been brought in Connecticut pursuant to 22 U.S.C. § 9003(b). Therefore, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), it is hereby ORDERED that this case be transferred forthwith to the United States District Court for the District of Connecticut. The Clerk of Court is respectfully directed to terminate the pending motion, (Doc. 65), and transfer the case to the District of Connecticut. The waiting period of Local Rule 83.1 is waived. The Clerk of Court is in possession of the passports and travel documents of Respondent and the child, and is

respectfully directed to convey them to the Clerk of Court of the District of Connecticut by certified mail, return receipt requested.

**SO ORDERED.**

Dated: June 29, 2021
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.